## Nathan Wolf and Morris Choynski, Appellees, v. Selig Polyscope Company et al., Appellants.

### Gen. No. 22,644.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of facts. Opinion filed February 19, 1917.

### Statement of the Case.

Action by Nathan Wolf and Morris Choynski, plaintiffs, against the Selig Polyscope Company, a corporation, George Kleine and Essanay Film Manufacturing Company, a corporation, defendants, charging conspiracy to injure plaintiffs' business. From a judgment for plaintiffs for $2,000, defendants appeal.

The plaintiffs were engaged in the exhibition business and the business of buying and selling motion picture posters. The defendants were motion picture film manufacturers or producers, and in connection with such business printed and distributed posters which they sold to theater proprietors for advertising purposes at their theaters.

WILLIAM A. JENNINGS, RICHARD J. COONEY and JOHN A. VERHOEVEN, for appellants.

SONNENSCHEIN, BERKSON & FISHELL, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 1*—*when evidence insufficient to show contract.* Evidence *held* to show that no contracts of sale were entered into be-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tween the plaintiffs and the defendants respectively which defend-ants conspired to break, in an action to recover damages, charging that the defendants had so conspired.

2. SALES, § 16*—*what are requisites of contract as to definite-ness.* A contract of sale, to be enforceable, must be definite as to amount, the price, terms of payment, and time of delivery.

---

**Ellen Barrett, Administratrix, Plaintiff in Error, v. Annie Marschak, Administratrix, Defendant in Error.**

**Gen. No. 22,657.    (Not to be reported in full.)**

Error to the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed February 19, 1917. Rehearing denied March 5, 1917.

### Statement of the Case.

Action by Ellen Barrett, administratrix of the estate of Thomas E. Barrett, deceased, plaintiff, against Annie Marschak, administratrix of the estate of Joseph Marschak, deceased, defendant, to recover on a replevin bond. From a judgment for defendant, plaintiff brings error.

Opinions on phases of the case are found in 154 Ill. App. 637, 171 Ill. App. 601, and 192 Ill. App. 481. Thomas E. Barrett, deceased, was sheriff of Cook county, and was succeeded by Christopher Strassheim. The replevin bond in question was given to Barrett as such sheriff. After the cause was remanded all pleas were withdrawn and an amended fourth plea was filed setting up as a bar a judgment in the Municipal Court adverse to the plaintiff in that case, Strass-heim, which was affirmed (171 Ill. App. 601). Repli-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.